United States Courts
Southern District of Texas
FILED

4/24/2020

*April 27, 2020*

David J. Bradley, Clerk of Court

4:20-cv-1501

Dear Southwest District Court:

Thank you for allowing me the opportunity to file this case pro-se, I am forever grateful to you.

Former Position: Member Care Manager

Hire Date: July of 2005

Exit interview:  July 12,2019

Reason for separation:  I was told my Position was eliminated.

Complaint:

- TDECU failed to honor the federals laws applying to the Family Medical Leave Act.
- I had 2 FMLA cases active and running parallel at the same time.
    1. FMLA-Intermittent dates 4/15/2019-9/19/2019
    2. FMLA-Short Term dates 5/13/2019-6/14/2019
- A victim of traumatic domestic violence, I didn't have the mental or emotional capacity to make decisions that would affect my well being or the rest of my life.
- TDECU called me for weekly update, there was no update the meeting was an exit interview.
- TDECU claimed within the EEOC paperwork, that I was aware of the changes and I didn't apply for another position.
- This is a total untruth; the entire scenario was misrepresented and traumatic.
- The Employee Emergency Assistance Program ended for me at 5pm that day, July 12, 2019.
- I had NOT used 12 weeks FMLA time, TDECU should have made me aware of the business decision and offered another position equal to the Member Care Manager position.
- On July 12, 1990 there were 12 positions available within Member Care and over 50+ positions available throughout the enterprise.  I was told, the decision was final.
- I am a 60-year-old black female, this is NOT the historical process followed by TDECU in scenarios like this.
- TDECU presented a "Do Not Sue" document and I signed it.
- A 2019 resident of the Brazoria Count Domestic Violence Shelter, a homeowner yet I couldn't go home and a loved one who suffered in silence.
- I ask you judge to revoke the "Do Not Sue" document and rule on the Fail to .adhere to the FMLA of 1993

Respectfully submitted,

Cheryl Prince-Moore