United States District Court
Southern District of Texas
**ENTERED**
March 19, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHERYL PRINCE-MOORE,　§<br>　　　　　　　　　　　　　§<br>　　Plaintiff,　　　　　　§<br>VS.　　　　　　　　　　　§　　CIVIL ACTION NO. 4:20-CV-1501<br>　　　　　　　　　　　　　§<br>TEXAS DOW EMPLOYEES CREDIT §<br>UNION,　　　　　　　　　　§<br>　　　　　　　　　　　　　§<br>　　Defendant.　　　　　§ | |

## ORDER

Before the Court are United States Magistrate Judge Frances H. Stacy's Memorandum and Recommendation filed on December 21, 2020 (Doc. #18), Plaintiff's Objections[1] (Doc. #22), and Defendant's Response to Plaintiff's Objections (Doc. #27). The Magistrate Judge's findings and conclusions are reviewed de novo. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Having reviewed the parties' arguments, including Plaintiff's newly filed Response (Doc. #22 at 2–3), and the applicable law, the Court adopts the Memorandum and Recommendation as this Court's Order. As such, all claims against Defendant are DISMISSED.

It is so ORDERED.

MAR 1 9 2021
Date

The Honorable Alfred H. Bennett
United States District Judge

---

[1] The Court construes Plaintiff's request that Judge Stacy "reconsider [her] recommendation to dismiss" as Plaintiff's objections to the Memorandum and Recommendation pursuant to Federal Rule of Civil Procedure 72(b). Doc. #22 at 1.